

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL



ANDREW M. CUOMO
Attorney General

LESLIE G. LEACH
Executive Deputy Attorney General
Division of State Counsel

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

(212) 416-6035

November 9, 2007

**BY HAND DELIVERY**
Hon. Naomi R. Buchwald
United States District Judge
United States Courthouse
500 Pearl Street, Room 2270
New York, NY 10007

Re: Majid v. Goord, 07CV4584

Dear Judge Buchwald:

    This office represents defendant in this pro se inmate case involving accommodation of Muslim dietary practice. We request through this letter an extension of time of sixty days, to and including January 29, 2008, for defendants to answer or otherwise move with respect to the complaint. This will allow time to obtain the needed information. No previous request for an extension of time has been made.

Respectfully submitted,

Lee A. Adlerstein
Assistant Attorney General

So ordered.
[signature]
11/13/07

cc: Abdul Majid (by regular mail)