

## STATE OF NEW YORK
### OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

LESLIE G. LEACH
Executive Deputy Attorney General
Division of State Counsel

Phone: 212-416-6035

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

December 26, 2007

By Fax
Honorable Naomi Reice Buchwald
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

Re: Majid et al. v. Goord et al.,
07 Civ. 4584 (NRB)

Dear Judge Buchwald:

The purpose of this letter is to request that the time period of defendant to answer plaintiffs' interrogatories in this matter be set to expire on February 28, 2008, which is 30 days following the date on which defendant's answer or motion addressing the complaint is due. This is a <u>pro se</u> inmate case alleging violation by prison authorities of Muslim dietary practice. The Court has set January 29, 2008 as the date for defendant to answer or move. Plaintiffs' interrogatories were received by this office on November 26, 2007. No previous request for an extension of time has been made on this item.

Accordingly, it is respectfully requested that defendant's time to answer plaintiffs' interrogatories be set as February 28, 2008.

Respectfully submitted,

LEE ALAN ADLERSTEIN
Assistant Attorney General

cc: Abdul Majid, <u>pro se</u>
    Jearmy Cham, <u>pro se</u>

[Handwritten margin note: Application granted. So Ordered. /s/ 12/27/07]