```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
ABDUL MAJID, JEARMY CHAM, MASJID SANKURE
AT-TAUBAH, et al.,

                    Plaintiffs,                O R D E R
                                             07 Civ. 4584 (NRB)
        - against -

GLENN GOORD, Commissioner, D.O.C.S.,

                    Defendant.
-------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** this Court issued an Order dated October 10, 2007 denying motions to intervene in the above-captioned lawsuit brought by twelve inmates at Green Haven Correctional Facility; and

**WHEREAS** this Order did not explicitly cover a similar motion filed by proposed intervenor Willie Young, filed on September 26, 2008; it is hereby

**ORDERED** that Willie Young's motion to intervene in the above-captioned lawsuit is denied for the reasons stated in our October 10, 2007 Order.


Dated:   New York, New York
         January 22, 2007

                                   /s/ Naomi Reice Buchwald
                                   NAOMI REICE BUCHWALD
                                   UNITED STATES DISTRICT JUDGE

Copies of the foregoing Order have been mailed on this date to the following:

Abdul Majid
83 A 0483
Green Haven Correctional Facility
PO Box 4000
Stormville, NY 12582-0010

Jearmy Cham
96 A 4848
Green Haven Correctional Facility
PO Box 4000
Stormville, NY 12582-0010

Office of the Attorney General
State of New York
120 Broadway
New York, NY 10271

Willie Young
Green Haven Correctional Facility
PO Box 4000
Stormville, NY 12582-0010