UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

ABDUL MAJID, JEARMY CHAM, MASJID     :
SANKURE AT-TAUBAH, et. al.

               Plaintiffs,     :     **O R D E R**

   - against -                       :     07 Civ. 4584 (NRB)

GLENN GOORD, COMMISSIONER, D.O.C.S., :

               Defendant.      :

------------------------------------x

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    All pretrial discovery in this case shall be completed by May 15, 2008. Dispositive motions, if any, should be submitted no later than June 15, 2008. In the absence of the submission of a dispositive motion by June 15, 2008, this case will be considered ready for trial.

    **IT IS SO ORDERED.**

DATED:   New York, New York
           February 5, 2008

                                  NAOMI REICE BUCHWALD
                                  UNITED STATES DISTRICT JUDGE

Copies of the foregoing have been mailed on this date to the following:

Plaintiffs

Abdul Majid
DIN #83-A-0483
Greenhaven Correctional Facility
594 Route 216
Stormville, NY 12582-0010

Jearmy Cham
DIN #96-A-4848
Greenhaven Correctional Facility
594 Route 216
Stormville, NY 12582-0010

Counsel for Defendant

Wesley E. Bauman
Office of the Attorney General
State of New York
120 Broadway
New York, NY 10271