UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ABDUL MAJID, JEARMY CHAM,
MASJID SANKURE AT-TAUBAH, et. al.,

                  Plaintiffs,

    - against -

GLENN GOORD, COMMISSIONER,
D.O.C.S.,

                  Defendant.
------------------------------------------------------------x

ORDER GRANTING LEAVE
FOR THE TAKING OF THE
DEPOSITION OF THE
INCARCERATED PLAINTIFFS
07 CV. 4584 (NRB)

Pro Se

Upon the annexed affirmation of Wesley E. Bauman, executed on February 12, 2008 and the notice of deposition attached thereto, it is hereby:

**ORDERED**, that, pursuant to Federal Rule of Civil Procedure 30(a), and upon the notice given by defendant to plaintiffs, defendant may take the deposition of plaintiff/inmate Abdul Majid and Jearmy Cham at such correctional facility as each is confined or at such other correctional facility as will be convenient..

Dated: New York, New York
        February /4, 2008

                                        Hon. Naomi R. Buchwald
                                        United States District Judge


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/08