

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

LESLIE G. LEACH
Executive Deputy Attorney General
Division of State Counsel

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

February 26, 2008

By Fax
Honorable Naomi Reice Buchwald
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: Majid et al. v. Goord et al.,
07 Civ. 4584 (NRB)

Dear Judge Buchwald:

The purpose of this letter is to request that the time period of defendant to answer plaintiffs' interrogatories in this matter be set to expire on March 28, 2008. This is a pro se inmate case alleging violation by prison authorities of Muslim dietary practice and the alleged wrongful closure of the back portion of plaintiffs' place of worship. On December 26, 2007 Defendants' asked the Court to order production of answers to plaintiffs' interrogatories by February 28, 2008, 30 days following the date of defendants' answer. Since that time, plaintiff served a "corrected" copy of their first request for interrogatories, adding an additional 27 interrogatories to the 41 initially posed to defendants. Plaintiffs' interrogatories probe every aspect of defendants' dietary accommodation to various religious groups and ask detailed questions regarding the procedures behind the closure of certain areas of the prison.

Accordingly, it is respectfully requested that defendants' time to answer plaintiffs' or object to interrogatories be set as March 28, 2008.

Respectfully submitted,

WESLEY E. BAUMAN
Assistant Attorney General

Ordered
[signature]
USDJ
2/26/08

cc. Abdul Majid, pro se
Jeanny Cahm, pro se

Division of State Counsel ● Litigation Bureau
120 Broadway, New York, N.Y. 10271-0332 ● Phone (212) 416-8610 ● Fax (212) 416-6075 ● Not For Service of Papers
http://www.oag.state.ny.us

TOTAL P.02