UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/9/08
```

--------------------------------------x

ABDUL MAJID, JEARMY CHAM, MASJID
SANKURE AT-TAUBAH, et al.,                    :

                    Plaintiffs,              :        **O R D E R**

        - against -                          :        07 Civ. 4584 (NRB)

GLENN GOORD, Commissioner, D.O.C.S.,         :

                    Defendant.               :

--------------------------------------x

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Plaintiffs move this Court pursuant to 28 U.S.C. § 1915(e) for appointment of counsel. When deciding whether to appoint a lawyer for an indigent party in a civil action, the following criteria are applied: (1) the merits of the party's claims; (2) ability to pay; (3) plaintiff's efforts to obtain a lawyer; (4) the availability of a lawyer; and (5) plaintiff's ability to gather and deal with the relevant facts. See Cooper v. A. Sargenti Co., 877 F.2d 170, 172 (2d Cir. 1989). The threshold requirement is a showing of sufficient likelihood of success on the merits to warrant the appointment of counsel. See, e.g., McDonald v. Head Criminal Court Supervisor Officer, 850 F.2d 121 (2d Cir. 1988). When evaluating the merits, pro se complaints are held to a less stringent standard. Haines v. Kerner, 404 U.S. 519 (1972).

Based upon the record submitted to date, I cannot conclude that plaintiff has demonstrated a likelihood of success on the

merits that would support the appointment of counsel.   See Abdul-Malik v. Goord, 1997 WL 83402 (S.D.N.Y. Feb. 27, 1997)(rejecting the claim that DOCS food policies have given disparate treatment to Jewish and Muslim prisoners); Cox v. Kralik, 2006 WL 42122 (S.D.N.Y. Jan. 6, 2006)(rejecting the argument that free exercise of religion is burdened by the absence of Halal meals).  Thus, the application is denied without prejudice to reconsideration at a later time should future developments warrant a different result.

**IT IS SO ORDERED.**

DATED:     New York, New York
           April 8, 2008

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Copies of the foregoing Order have been mailed on this date to
the following:

Abdul Majid
83 A 0483
Green Haven Correctional Facility
PO Box 4000
Stormville, NY 12582-0010

Jearmy Cham
96 A 4848
Green Haven Correctional Facility
PO Box 4000
Stormville, NY 12582-0010

Wesley E. Bauman, Esq.
Office of the Attorney General
State of New York
120 Broadway
New York, NY 10271