USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/08

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

LESLIE G. LEACH
Executive Deputy Attorney General
Division of State Counsel

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

**MEMO ENDORSED**

May 1, 2008

**By Fax**
Honorable Naomi Reice Buchwald
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

MAY - 1 2008
UNITED STATES DISTRICT JUDGE

Re: Majid et al. v. Goord et al.,
07 Civ. 4584 (NRB)

Dear Judge Buchwald:

The purpose of this letter is to request that the discovery deadline in this matter be extended to August 1, 2008 and the deadline for dispositive motions, if any, extended to September 1, 2008. This is a pro se inmate case alleging violation by prison authorities of Muslim dietary practice and the alleged wrongful closure of the back portion of plaintiffs' place of worship. On February 5, 2008 your Honor ordered all pretrial discovery be completed by May 15, 2008, with dispositive motions to be submitted by June 15, 2008.

Plaintiffs Abdul Majid and Jeanny Cham were scheduled to be deposed on April 10, 2008, however, plaintiff Cham received an unexpected visitor and plaintiff Majid refused to participate in the deposition without Cham's presence. As such, the parties agreed to postpone the deposition and rescheduled them for April 30, 2008. Plaintiff Majid was deposed on April 30th, however, due to the length of the deposition, plaintiff Cham's deposition was postponed. Since plaintiffs recently served defendant with a second set of interrogatories and plaintiff Cham's deposition remains outstanding, the parties agreed to an extension of the discovery deadline. Furthermore, defendant's projected expert is out of the country until the end of June. Defendant expects the expert to visit prison facilities to evaluate food service to Muslim inmates upon his return.

*Endorsement*

All discovery is to be completed by July 31, 2008. Dispositive motions are to be submitted by September 2, 2008. No further extensions will be granted as the parties' failure to proceed within the Courts prior schedule resulted in this extension. So Ordered. Naomi Reice Buchwald 5/9/08

Division of State Counsel • Litigation Bureau
120 Broadway, New York, N.Y. 10271-0332 • Phone (212) 416-8610 • Fax (212) 416-6075 • Not For Service of Papers
http://www.oag.state.ny.us

February 5, 2008
Page 2

     Accordingly, it is respectfully requested that the discovery deadline in this matter be extended to August 1, 2008 and the deadline for dispositve motions, if any, extended to September 1, 2008.

                                   Respectfully submitted,

                                   WESLEY E. BAUMAN
                                   Assistant Attorney General
                                   (212) 416-6296

cc. Abdul Majid, pro se
    Jearmy Cahm, pro se

Division of State Counsel • Litigation Bureau
120 Broadway, New York, N.Y. 10271-0332 • Phone (212) 416-8610 • Fax (212) 416-6075 * Not For Service of Papers

TOTAL P.03