**MEMO ENDORSED**



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/08

LESLIE G. LEACH
Executive Deputy Attorney General
Division of State Counsel

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

June 26, 2008

**By Fax**
Honorable Naomi Reice Buchwald
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007



**MEMO ENDORSED**

Re: Majid et al. v. Goord et al.,
07 Civ. 4584 (NRB)

Dear Judge Buchwald:

This is a pro se inmate case alleging violation by prison authorities of Muslim dietary practice and the alleged wrongful closure of the back portion of plaintiffs' place of worship. On May 1, 2008 defendants asked for and received an extension of the discovery deadline to July 31, 2008.

At this time, plaintiffs' depositions have been taken and factual discovery is nearing completion. Defendants expect to provide plaintiffs with a report from their expert regarding the service of food to Muslim inmates by the discovery cutoff date. However, the expert advised today that due to circumstances involving his presence in Malaysia, he will be out of the country until the end of July. In light of this development, the expert will not be able to personally visit prison facilities until his return. As such, defendants respectfully request that the expert be able to supplement his report to include his facilities assessment through a partial extension of discovery for this limited purpose to August 22, 2008. The Court had previously noted no further extensions but this development was unexpected.

*Application granted. No further adjournments. So Ordered. Naomi Reice Buchwald USDJ 7/9/08*

Respectfully submitted,

Wesley E. Bauman
WESLEY E. BAUMAN
Assistant Attorney General
(212) 416-6296

cc: Abdul Majid, pro se
Jeamy Cahm, pro se

Division of State Counsel • Litigation Bureau
120 Broadway, New York, N.Y. 10271-0332 • Phone (212) 416-8610 • Fax (212) 416-6075 - Not For Service of Papers
http://www.oag.state.ny.us