

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

**ANDREW M. CUOMO**
Attorney General

**LESLIE G. LEACH**
Executive Deputy Attorney General
Division of State Counsel

# MEMO ENDORSED

**JUNE DUFFY**
Assistant Attorney General in Charge
Litigation Bureau

August 19, 2008

**By Fax**
Honorable Naomi Reice Buchwald
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD
AUG 19 2008
UNITED STATES DIST[RICT]

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/08

Re:  Majid et al. v. Goord et al.,
     07 Civ. 4584 (NRB)

Dear Judge Buchwald:

It is respectfully requested that defendant's time to submit a dispositive motion be extended from September 2, 2008 to October 10, 2008. On June 26, 2008 defendant asked for and received an extension of the discovery deadline to August 22, 2008 to allow our expert to supplement his report to include his prison facilities food service assessment.

This is a pro se inmate case alleging violation by prison authorities of Muslim dietary practice and the alleged wrongful closure of the back portion of plaintiffs' place of worship. We expect to receive the expert's supplemental report and serve it by the August 22nd discovery cut-off date. As a dispositive motion is due a week after the arrival of the expert's report, we respectfully request the additional time to internalize the report and make any recommendations to the Department of Correctional Services on food service procedures.

No previous extensions of the dispositive motion deadline has been sought.

Respectfully submitted,

*Wesley E. Bauman*
WESLEY E. BAUMAN
Assistant Attorney General
(212) 416-6296

Handwritten endorsement: So Ordered. Final extension. Naomi Reice Buchwald 8/19/08 USDJ

cc. Abdul Majid, pro se
    Jearmy Cham, pro se

Division of State Counsel ● Litigation Bureau
120 Broadway, New York, N.Y. 10271-0332 ● Phone (212) 416-8610 ● Fax (212) 416-6075 · Not For Service of Papers
http://www.oag.state.ny.us